IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| SHANNON SCOTT BURGESS AND | § | CASE NO. 13-32312-H4-7 |
| AMBER NICOLE BURGESS, | § | (CHAPTER 7) |
|     DEBTORS | § | |
| | § | |

## Trustee's Motion to for All Creditors, the U.S. Trustee, and the Chapter 7 Trustee to Extend Time to Object to Discharge and Dischargeability

**This motion seeks an order that may adversely affect you. If you oppose the motion, you should immediately contact the moving party to resolve the dispute. If you and the moving party cannot agree, you must file a response and send a copy to the moving party. You must file and serve your response within 21 days of the date this was served on you. Your response must state why the motion should not be granted. If you do not file a timely response, the relief may be granted without further notice to you. If you oppose the motion and have not reached an agreement, you must attend the hearing. Unless the parties agree otherwise, the court may consider evidence at the hearing and may decide the motion at the hearing.**

**Represented parties should act through their attorney.**

TO THE HONORABLE JEFF BOHM, U.S. BANKRUPTCY JUDGE:

Rodney Tow, Trustee, files this Motion to Extend Time for All Creditors, the U.S. Trustee, and the Chapter 7 Trustee to Object to Discharge and Dischargeability and would show the Court as follows:

1. This Motion is filed pursuant to 11 U.S.C. §§523 and 727 and Bankruptcy Rule 4004 and 4007. The Trustee seeks an extension of time for the Trustee, the United States Trustee, and the creditors to object to discharge or dischargeability.

2. This case was filed on April 19, 2013. The first 341 meeting which was to occur on May 28,

2013 was continued to a subsequent meeting on June 14, 2013.

3. Originally the Trustee filed a No Asset Report but subsequently was contacted by a creditor asserting that Mr. Burgess failed to disclose his sole proprietorship CPA practice which may have hundreds of clients. The Trustee and creditors, as well as the U.S. Trustee, need to determine if such a business exists. If it does, there may be sufficient information to file an objection to Mr. Burgess's discharge.

Based on the foregoing, the Trustee requests the Court to extend the time to object to discharge and dischargeability to October 31, 2013 and for such other relief at law or in equity as is just.

Respectfully submitted,

*/s/Rodney Tow*_____
Rodney Tow
State Bar Number 20152500
Fed ID 3196
Tow & Koenig, PLLC
26219 Oak Ridge Drive
Woodlands, TX 77380
281-681-9100
281-681-1441 Fax

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was mailed by first class US mail postage prepaid or via electronically to all parties listed on attached service list.

Signed this July 18, 2013.

*/s/Rodney Tow*__
Rodney Tow

```
Label Matrix for local noticing          Ally Financial                           Capital One, N.A.
0541-4                                   P.O. Box 130424                          Bass & Associates, P.C.
Case 13-32312                            Roseville, MN 55113-0004                 3936 E. Ft. Lowell Road, Suite #200
Southern District of Texas                                                        Tucson, AZ 85712-1083
Houston
Thu Jul 18 11:33:03 CDT 2013

First Community Bank, N.A.               Post Oak Bank, N.A.                      Prosperity Bank
c/o The Holoway Jones Law Firm, PLLC     2000 West Loop South                     c/o Jay H. Dushkin
407 Julie Rivers                         Suite 100                                4615 Southwest Freeway, Suite 600
Sugar Land, Tx 77478-3181                Houston, Tx 77027-4069                   Houston, TX 77027-7142


Sheffield Financial                      4                                        A+ Federal Credit Union
PO Box 1847                              United States Bankruptcy Court           PO Box 14867
Wilson, NC 27894-1847                    PO Box 61010                             Austin, TX 78761-4867
                                         Houston, TX 77208-1010


Allegiance Bank                          Ally Automotive Financing                Ben Bridge Jewelers
3963 Kirby Dr                            Attn Bankruptcy Dept                     PO Box 1908
Houston, TX 77098-4103                   P. O. Box 380901                         Seattle, WA 98111-1908
                                         Bloomington, MN 55438-0901


Brazos Valley Urgent Care                CNH Capital                              CSC Credit Services
2911 Texas Ave S, Ste 103                PO Box 3600                              652 N Sam Houston Parkway East
College Station, TX 77845-5388           Lancaster, PA 17604-3600                 Houston, TX 77060-5994


Capital One                              Chase (Best Buy)                         Chase Home Finance
Bankruptcy Dept                          PO Box 94014                             Attn Bankruptcy Dept
PO Box 30285                             Palatine, IL 60094-4014                  PO Box 182106
Salt Lake City, UT 84130-0285                                                     Attn Dept G-7--PP
                                                                                  Columbus, OH 43218-2106


Chase Manhattan Bank                     Chase Slate / Business Card              Citizens State Bank
Bankruptcy Department                    PO Box 94014                             PO Box 1247
Mail Code KY1-0900                       Palatine, IL 60094-4014                  Perry, FL 32348-1247
6714 Grade Lane Bldg. 8 Suite 807
Louisville, KY 40213-3404


CompUSA / Tiger Direct.com               Discount Tire / Atlanta Collection & Rec Douglas Parker CPA
PO Box 105658                            4125 Winward Plaza Dr                    17007 Copper Shore Dr
Atlanta, GA 30348-5658                   Alpharetta, GA 30005-8738                Houston, TX 77095-4329


Experian Information Solutions           First Community Bank                     First Horizon / First Tennessee Bank
NCAC                                     Three Sugar Creek Center, Ste 200        PO Box 31
701 Experian Parkway                     Sugar Land, TX 77478-2212                Memphis, TN 38101-0031
Allen, TX 75013-3713


(p)FORD MOTOR CREDIT COMPANY             GE Capital                               GE Capital Retail Bank
PO BOX 6275                              Bankruptcy Dept                          PO Box 965009
DEARBORN MI 48121-6275                   PO Box 103104                            Orlando, FL 32896-5009
                                         Roswell, GA 30076-9104
```

| | | |
|---|---|---|
| GE Capital Retail Bank / BELK<br>PO Box 530940<br>Atlanta, GA 30353-0940 | GE Capital Retail Bank / Car Care One<br>PO Box 960061<br>Orlando, FL 32896-0061 | GE Capital Retail Bank / JC Penney<br>PO Box 960090<br>Orlando, FL 32896-0090 |
| GE Capital Retail Bank / Lowes<br>PO Box 530914<br>Atlanta, GA 30353-0914 | GE Capital Retail Bank / Wal-Mart<br>PO Box 530927<br>Atlanta, GA 30353-0927 | HSBC Best Buy<br>PO Box 5893<br>Carol Stream, IL 60197-5893 |
| Harrell and Johson Dentistry<br>Crabb River Rd<br>Richmond, TX 77469 | Houston ENT Associates<br>9494 SW Frwy, Ste 850<br>Houston, TX 77074-1433 | Houston Radiology<br>12951 South Frwy<br>Houston, TX 77047-1923 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Jay Dushkin<br>4615 Southwest Freeway, Suite 600<br>Houston, TX 77027-7142 | LabCorp<br>PO Box 2240<br>Burlington, NC 27216-2240 |
| Memorial Herman Hospital Sys.<br>PO Box 201367<br>Houston, TX 77216-1367 | Memorial Hermann / Sullins Johnston<br>2200 Phoenix Tower<br>Houston, TX 77027 | Methodist Hospital<br>PO Box 4315<br>Houston, TX 77210-4315 |
| Methodist Hospital Sugar Land<br>PO box 4755<br>Houston, TX 77210-4755 | Mid South Bank<br>3200 Avenue A<br>Beaumont, TX 77705-2016 | Mobil Oil FCU/ Business Card<br>PO Box 815909<br>Dallas, TX 75381-5909 |
| Moble Oil Federal Credit Union<br>PO Box 12849<br>Beaumont, TX 77726-2849 | NelNet<br>PO Box 82561<br>Lincoln, NE 68501-2561 | NewEgg Preferred Credit<br>PO Box 105658<br>Atlanta, GA 30348-5658 |
| Oak Bend Medical Center<br>PO Box 1409<br>Richmond, TX 77406-0036 | PayPal Smart Connect<br>PO Box 981064<br>El Paso, TX 79998-1064 | Post Oak Bank<br>1600 Hwy 6 South Suite 150<br>Sugar Land, TX 77478-4922 |
| Prosperity Bank<br>5123 Bellaire Blvd.<br>Bellaire, TX 77401-4419 | Robert Lawrence CPA<br>453 E. Wonderview #354<br>Estes Park, CO 80517-9647 | Robin Sowell, Esq.<br>Atty for Robert Lawrence<br>21320 Provincial Blvd., # 100<br>Katy, TX 77450-7580 |
| Sallie Mae Student Loans<br>PO Box 9500<br>Wilkes-Barre, PA 18773-9500 | Sheffield Financial<br>6010 Golding Ctr Drive<br>Winston Salem, NC 27103-9815 | Singleton Associates PA<br>PO Box 4346 Dept 808<br>Houston, TX 77210-4346 |

| | | |
|---|---|---|
| Specialized Collection Systems<br>PO Box 441508<br>Houston, TX 77244-1508 | SunTrust Bank<br>Bankruptcy Dept<br>PO Box 85092<br>Richmond, VA 23285-5092 | Texas Children's Hospital<br>PO Box 4780<br>Troy, MI 48099-4780 |
| Texas Children's Physican Services<br>PO Box 4984<br>Houston, TX 77210-4984 | Trans Union Consumer Solutions<br>PO Box 2000<br>Chester, PA 19016-2000 | US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 |
| Wells Fargo<br>PO Box 10475<br>Des Moines, IA 50306-0475 | Wells Fargo Card Services<br>Bankruptcy Dept<br>P.O. Box 30086<br>Los Angeles, CA 90030-0086 | Wells Fargo Financial<br>800 Walnut/Doc. Dept<br>Des Moines, IA 50309-3891 |
| Wells Fargo Financial<br>PO Box 660431<br>Dallas, TX 75266-0431 | Wells Fargo Financial / Mattress Giant<br>PO Box 10475<br>Des Moines, IA 50306-0475 | Wells Fargo Visa<br>PO Box 660041<br>Dallas, TX 75266-0041 |
| Amber Nicole Burgess<br>7314 Whistle Court<br>Sugar Land, TX 77479-6476 | Robert C De Lawrence<br>21320 Provincial Blvd.<br>Suite 100<br>Katy, TX 77450-7580 | Rodney D Tow<br>Tow and Koenig PLLC<br>26219 Oak Ridge Drive<br>The Woodlands, TX 77380-1960 |
| Russell Van Beustring<br>Attorney at Law<br>9525 Katy Fwy<br>Ste 415<br>Houston, TX 77024-1437 | Shannon Scott Burgess<br>7314 Whistle Court<br>Sugar Land, TX 77479-6476 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Ford Motor Credit Co.
Bankruptcy Department
Post Office Box 537901
Livonia, MI 48153-7901

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)A+ Federal Credit Union | (u)First Tennessee Bank, NA | (u)JPMorgan Chase Bank, NA |

```
End of Label Matrix
Mailable recipients    76
Bypassed recipients     3
Total                  79
```