IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| SHANNON SCOTT BURGESS AND | § | CASE NO. 13-32312-H4-7 |
| AMBER NICOLE BURGESS, | § | (CHAPTER 7) |
| DEBTORS | § | |
| | § | |
| | § | |

## Order Setting Deadline to Object to Discharge and Dischargeability

Rodney Tow, Trustee, has filed a Motion to Extend Time to Object to Discharge and Dischargeability for all creditors, the U.S. Trustee, and the Trustee. The Court has determined that the motion should be granted.

The Court has determined that the time to object to discharge and dischargeability in this case shall be extended to October 31, 2013.

Signed this _____ day of _____, 2013.

_____
Jeff Bohm
U.S. Bankruptcy Judge