**LAW OFFICES OF J. MARK DAVIS**
ATTORNEY AND COUNSELOR AT LAW

J. MARK DAVIS  
ADMITTED TEXAS AND  
DISTRICT OF COLUMBIA (INACTIVE)

PO BOX 79684  
HOUSTON TX 77279-9684

TELEPHONE 713-461-7800  
FACSIMILE 713-464-4660  
INTERNET mark@jmarkdavis.com

January 29, 2014

Rodney Tow, Trustee  
Tow & Koenig PLLC  
26219 Oak Ridge Drive  
The Woodlands, Texas 77380

Re:   Case No. 13-32312; *In re Shannon Scott Burgess and Amber Nicole Burgess*; In the United States Bankruptcy Court for the Southern District of Texas, Houston Division

PROFESSIONAL SERVICES RENDERED

| Date | Task | Service | Prof | Time | Amount |
|---|---|---|---|---|---|
| 08/20/2013 | Adm | Telephone conference with Julie Koenig re: representation of Rodney Tow, Trustee, in Burgess case. (.2) Receipt and brief review of schedules and notice of 2004 examination. (.2). Prepare for 2004 examination. (.5) | JMD | .9 | $ 292.50 |
| 08/21/2013 | Suit | Appearance and examination of Shannon Scott Burgess at Law Offices of Russell Van Buestring (4.0); post-examination conference with Lisa Norman re: same (.2). | JMD | 4.2 | $ 1,365.00 |
| 08/21/2013 | Obj | Receipt and review of Trustee's objection to exemptions; Koenig email re: proposed resolution with Beustring. | JMD | .3 | $ 97.50 |
| 08/22/2013 | Prop | Receipt of Koenig email with Beustring email and documents re: tractor and boats scheduled by Burgess. | JMD | .2 | $ 65.00 |
| 08/22/2013 | Adm | Receipt of Koenig emails (i) to Beustring that Davis will represent Trustee and (ii) enclosing proposed amended schedules. | JMD | .2 | $ 65.00 |
| 08/26/2013 | Suit | Email from Trustee re: 2004 examination and case issues; consideration of Trustee causes of action against Burgess and strategy to proceed (.4); notice of status conference for September 18, 2013 (.1). | JMD | .5 | $ 162.50 |
| 09/03/2013 | Prop | Review and analysis of Burgess schedules re: property of estate. | JMD | .3 | $ 97.50 |
| 09/03/2013 | Adm | Review Burgess schedules and statements for connections to debtors, creditors, parties in interest (.2); prepare application to employ Law Offices of J Mark Davis to represent Trustee (1.0). | JMD | 1.2 | $ 390.00 |
| 09/05 | Suit | Review Post Oak Bank state court suit against Burgess (.2); review | JMD | 4.3 | $1,397.50 |

EXHIBIT 2

*In re Burgess*
Case No. 13-32312
Page 2

| Date | Type | Description | Atty | Hours | Amount |
|---|---|---|---|---|---|
| /2013 | | Lawrence state court suit against Burgess (.2); review 2004 examination notes and exhibits (.2); conference call with Lisa Norman re: Burgess complaint (.2); prepare outline of Trustee complaint (.5). Review Court's pleadings requirements ((.3) -- N/C). Commence draft of complaint (2.5). Research Texas Secretary of State re: UCC and corporate filings as to Burgess and Burgess entities (.5). | | | |
| 09/05/2013 | Adm | Review and revise application to employ counsel and forward to Trustee for approval. Email from Trustee authorizing signature and filing of application. | JMD | 0.2 | $ 65.00 |
| 09/05/2013 | Suit | Expenses: SOS $25.90 | | | |
| 09/05/2013 | Adm | Service of application and notice of application to employ counsel. | Para | 2.0 | $ 150.00 |
| 09/05/2013 | Adm | Expenses: App to Employ Photocopy (94 = $19.00); postage 78 = $35.88 + $1.56) | | | |
| 09/06/2013 | Suit | Prepare timeline of events and evidence re: Burgess transactions; review timeline prepared by Lisa Norman. | JMD | .5 | $ 162.50 |
| 09/06/2013 | Adm | Email re: application to employ. | JMD | NC | |
| 09/06/2013 | Suit | Continue draft complaint for turnover and declaratory judgment. | JMD | 3.0 | $ 975.00 |
| 09/07/2013 | Suit | Additional research at Texas Secretary of State re: UCC and corporate records. | JMD | .3 | $ 97.50 |
| 09/07/2013 | Suit | Continue work on draft complaint (2.0). Email with Lisa Norman, counsel for Post Oak Bank re: facts of its transactions with Burgess (.2); consideration of Post Oak as Defendant and realigned as plaintiff (.2). | JMD | 2.4 | $ 780.00 |
| 09/11/2013 | Suit | Receipt and review of L. Norman comments on draft complaint (.2); review Trustee's comments on draft complaint (.1); continue work on draft complaint (1.). | JMD | 1.3 | $ 422.50 |
| 09/12/2013 | Suit | Continue work on draft complaint (1.). Additional research at Secretary of State website re: Burgess and related entities (.3). Copy of UCC report to L. Norman for review and comment as to Post Oak perfection of lien. (.1). Email Trustee re: proof of facts. (.1). | JMD | 1.5 | $ 487.50 |
| 09/12/2013 | Suit | Expense: SOS $1.03 | | | |
| 09/13/2013 | Suit | Receipt and review of 2004 examination (.2). Telephone conference with court reporter and receipt of examination exhibits – N/C. Work on draft of complaint (1.0). Emails re: filing of complaint, 2004 exam, and re: computer expert (.2). | JMD | 1.4 | $ 455.00 |

| Date | | Description | | | |
|---|---|---|---|---|---|
| 09/13/2013 | Suit | Transcript: LegaLink $820.13 | | | |
| 9/14/2013 | Suit | Continue work on draft complaint; remove Post Oak Bank as Plaintiff. | JMD | 2.00 | $ 650.00 |
| 09/15/2013 | Suit | Continue work on draft complaint (1.5); assemble exhibits (.5) and prepare witness and exhibit list (.3); prepare examination of witnesses (1.0). Additional research of Secretary of State records re: Burgess and Allegiance Bank Texas (.2). | JMD | 3.5 | $1,137.50 |
| 09/15/2013 | Suit | Prepare exhibit book. | Para | 1.00 | $ 75.00 |
| 09/15/2013 | Suit | Expense: 247 copies = $49.40 | | | |
| 09/15/2013 | Suit | Expense: Exhibit binders/indexes $48.53 plus $105.39 | | | |
| 09/15/2013 | Suit | Expense: SOS $5.13 | | | |
| 09/16/2013 | Suit | Revise draft complaint to include Dell PowerEdge computers and Allegiance Bank Texas debt (1.0). Email draft to L. Norman re: Tave affidavit in support and re: counsel comments as to AR and FFE accounting. (.2) | JMD | 1.2 | $ 390.00 |
| 09/16/2013 | Suit | Expense: Second exhibit book 247 copies = $49.40 | | | |
| 09/16/2013 | Suit | Prepare exhibit book and deliver set of exhibits to Beustring, counsel for Burgess. | Para | 1.5 | $ 112.50 |
| 09/17/2013 | Suit | Prepare application for injunctive relief and affidavit in support; email to Lisa Norman (1.2); prepare injunction (.6). | JMD | 1.8 | $ 585.00 |
| 09/17/2013 | Suit | Expenses: Photocopy exhibit books (1,506 copies = $301.20) | | | |
| 09/17/2013 | Suit | Assemble trial exhibit books with index dividers. | Para | 2.50 | $ 187.50 |
| 09/18/2013 | Suit | Telephone conference with Lisa Norman re: Brian Tave affidavit in support of application for preliminary injunction and re: photographs of Burgess office space (.2). Receipt and review of Tave affidavit and of photographs (.1). Telephone conferences with R. Buestring re: status hearing. (.2) Final review of complaint, application, exhibits and Tave affidavit; prepare complaint, application and preliminary injunction for filing (.8). Filing of complaint (.2). Telephone conference with Paul Price of Beyond IT re: forensic computer analysis for Trustee (.1). | JMD | 1.60 | $ 520.00 |
| 09/18/2013 | Suit | Filing fee: Adv. No. 13-3264 $293.00 | | | |
| 09/18/2013 | Suit | Court appearance re: Burgess status conference; presentation of evidence through testimony of Burgess and Brian Tave. | JMD | 4.00 | $ 1300.00 |

*In re Burgess*
Case No. 13-32312
Page 4

| Date | | Description | | | |
|---|---|---|---|---|---|
| 09/18/2013 | Suit | Parking $12.00 | | | |
| 09/19/2013 | Suit | Review of trial notes; email to Russell Beustring with request for additional Allegiance Bank Texas documents, financial statements and backup documents for valuation of S. Burgess and Associates on Schedule B (.5). Receipt of Courtroom minutes and review (N/C). | JMD | 0.50 | $ 162.50 |
| 09/20/2013 | Suit | Telephone conferences and emails with Russell Beustring re: Allegiance Bank Texas documents financial statements and other requested documents; discuss case issues. | JMD | 0.30 | $ 97.50 |
| 09/20/2013 | Suit | Prepare for, and court appearance at continued status conference hearing; adduce evidence, oral argument. | JMD | 4.00 | $1,300.00 |
| 09/20/2013 | Suit | expenses: Parking $12.00 | | | |
| 09/21/2012 | Suit | Telephone conference with Lisa Norman re: contact by Burgess with Robert Lawrence re: due diligence for sale of business (.2); telephone conference (.2) and email instructions to Paul Price of Beyond IT to create mirror images of Burgess computers, backups and flash drives (.3). Prepare copy of Trustee Exhibit 19 and instructions to Price to investigate metadata for creation of Exhibit 19 (.2). | JMD | .9 | $ 292.50 |
| 09/22/2013 | Suit | Prepare summons to Burgess and defendants; upload to Clerk's Office to be issued. (1.0) Emails re: filing fee; re: meetings Monday with prospective purchasers, Paul Price of Beyond IT, Trustee availability. (.2). | JMD | 1.20 | $ 390.00 |
| 09/23/2013 | Suit | Review notes from Court's ruling; draft temporary injunction and email to counsel and Court for further review. (1.0). Emails and telephone conferences re: procedure to remit funds to Trustee with budget request for payment of operating expenses; Trustee's comments on Order and procedures (.2) Emails re: sale process (.2) | JMD | 1.4 | $ 455.00 |
| 09/23/2013 | Suit | Exp: CD recording of hearing  $30.00 | | | |
| 09/23/2013 | Suit | Telephone calls with Paul Price re: access to Burgess computers and data. | JMD | 0.20 | $ 65.00 |
| 09/23/2013 | Suit | Receipt of summons; include preliminary injunction pleadings on service page. | JMD | 0.20 | $ 65.00 |
| 09/23/2013 | Suit | Service of complaint and preliminary injunction pleadings. | Para | 2.00 | $ 150.00 |
| 09/23/2013 | Suit | Expenses:  photocopy complaint and preliminary injunction pleadings (310 copies+envelopes) $77.50; postage for service $10.60 | | | |
| 09/24/2013 | Suit | Prepare additional provisions of injunction (.4); email to counsel (.1) and receipt of emails re: Burgess matter from Post Oak counsel and Robert Lawrence (.2). | JMD | .7 | $ 227.50 |

*In re Burgess*
Case No. 13-32312
Page 5

| Date | Category | Description | Atty | Hours | Amount |
|---|---|---|---|---|---|
| 09/24/2013 | Sale | Telephone conference with Zack Powell, counsel for Parker and Lawrence re: due diligence. | JMD | .2 | $ 65.00 |
| 09/24/2013 | Suit | Court appearance and argument re: entry of temporary restraining order; receipt of order as entered by Court. | JMD | 1.00 | $ 325.00 |
| 09/24/2013 | Suit | Parking $6.00 | | | |
| 09/25/2013 | Suit | Email to counsel and parties in interest re: conference call and timeline for submission of offers to Trustee. (.2) | JMD | .2 | $ 65.00 |
| 09/25/2013 | Suit | Email from Himesh Gandhi re: entry of appearance in adversary case and for overall resolution of case and Trustee's claims; emails re: settlement conference. | JMD | .2 | $ 65.00 |
| 09/25/2013 | Suit | Receipt of Comprehensive Scheduling Order in Adversary No. 13-3264. | JMD | .1 | $ 32.50 |
| 09/26/2013 | Suit | Prepare order for transcript of hearing and telephone conferences with JTT re: transcript (.2). Email Trustee (N/C). | JMD | 0.20 | $ 65.00 |
| 09/26/2013 | Suit | Emails and telephone conferences with Himesh Gandhi and emails with Trustee re: remittance of Burgess funds and budget requests for payment of operating expenses, and US Trustee guidelines for Chapter 7 Trustee accounting and audit. | JMD | .6 | $ 195.00 |
| 09/27/2013 | Suit | Email Trustee re: status (.2); emails with counsel re: nondisclosure agreement and purchasers' due diligence and conference with Burgess and counsel (.2); receipt of non-disclosure agreements from Z. Powell's clients for due diligence purposes; receipt of Burgess operating budget, cash requirements and A/R transmittal. (.1) | JMD | .5 | $ 162.50 |
| 09/29/2013 | Suit | Emails and telephone conferences with Himesh Gandhi and Trustee re: terms of retraining order to publish order to employees and consideration of possible effect on business; agreement as to provision. | JMD | .3 | $97.50 |
| 09/29/2013 | Suit | Expense: JTT transcript $882.70. | | | |
| 09/29/2013 | Suit | Receipt of notices of filing of transcript of September 18, 2013 and of September 20, 2013 hearings. | JMD | .1 | $ 32.50 |
| 09/30/2013 | Suit | Prepare for and attend settlement conference with Burgess, Himesh Gandhi, counsel for Burgess, Arthur Potter from Bill West office, Lisa Norman for Post Oak Bank, re: interests in CPA practice. | JMD | 4.00 | $1,300.00 |
| 09/30/2013 | Suit | Email traffic re: Burgess cash requirements and procedure for payment; payroll and Trustee response (.1); email and telephone conference with Z. Powell re: Burgess solicitation of Lawrence clients, receipt of written solicitation. (.1); telephone conference with H. Gandhi and emails re: same (.1). | JMD | .3 | $ 97.50 |

*In re Burgess*
Case No. 13-32312
Page 6

| Date | Category | Description | Atty | Hours | Amount |
|---|---|---|---|---|---|
| 10/01/2013 | Suit | Prepare Trustee's witness and exhibit list for hearing on preliminary injunction. | JMD | .3 | $ 97.50 |
| 10/02/2013 | Suit | Prepare application to employ Beyond IT, affidavit and order; email to Paul Price for review and comment together with Burgess schedules and statements. | JMD | 1.00 | $ 325.00 |
| 10/02/2013 | Suit | Revise Trustee's exhibit and witness list for preliminary injunction hearing; prepare exhibits 21 - 24. (.5). Email to and telephone conferences with Himesh Gandhi and Trustee. (.4). Receipt of statement of no objection to exhibits from Burgess counsel (.1). Prepare notice of hearing on preliminary injunction (.4). File notice of hearing and Trustee's exhibits. (.2) | JMD | 1.6 | $ 520.00 |
| 10/02/2013 | Sale | Receipt and review of Burgess offer to retain business. Brief telephone conference with Trustee. | JMD | 0.30 | $ 97.50 |
| 10/02/2013 | Sale | Receipt and review of Parker and Lawrence offer to acquire business property; forward to Trustee. (.3). Email from Lisa Norman re: Parker Lawrence offer. (N/C). | JMD | 0.30 | $ 97.50 |
| 10/02/2013 | Suit | Receipt of emails with remittance and funding packages for Burgess. | JMD | .1 | $ 32.50 |
| 10/03/2013 | Suit | Emails with H. Gandhi and L. Norman re: agreed temporary injunction (.3). Revise temporary injunction and circulate to counsel. (.3) | JMD | .6 | $ 195.00 |
| 10/03/2013 | Sale | Telephone conference with Zach Powell re: Parker and Lawrence offer, terms, Trustee concerns, possible revisions. | JMD | 0.40 | $ 130.00 |
| 10/03/2013 | Suit | Email from Case Manager re: reset hearing on temporary injunction to October 10, 2013. (.1). Prepare notice of reset hearing (.3). | JMD | 0.4 | $ 130.00 |
| 10/03/2013 | Suit | Prepare motion and order to extend temporary restraining order (1.0); email to H. Gandhi – N/C. Receipt of comments to motion to extend TRO (.1); file and serve motion and order (.3); receipt of order entered by Court. (.1) | JMD | 1.50 | $ 487.50 |
| 10/03/2013 | Suit | Emails re: payment remittances and disbursements, procedures; reply. | JMD | .1 | $ 32.50 |
| 10/04/2013 | Suit | Emails from counsel re: reset hearing date and possible change of dates (eventually not changed). | JMD | 0.10 | $ 32.50 |
| 10/07/2013 | Suit | Prepare for hearing on preliminary injunction, proffer and testimony, exhibits (1.0). Email case manager re: pending hearing. (N/C) | JMD | 1.00 | $ 325.00 |
| 10/08/2013 | Suit | Emails re: Burgess trade payables procedure including insurance premium issue. | JMD | 0.10 | $ 32.50 |
| 10/08/2013 | Suit | Binders/Exhibit indexes $70.31 | | | |

*In re Burgess*
Case No. 13-32312
Page 7

| Date | Category | Description | Atty | Hours | Amount |
|---|---|---|---|---|---|
| 10/09/2013 | Suit | Telephone conference with H. Gandhi re: revisions to agreed preliminary injunction and revise same (.4); email redlined and final copy to counsel for review. (.1). | JMD | 0.50 | $ 162.50 |
| 10/09/2013 | Suit | Receipt of emails re: payment procedures (.1); telephone conference with Trustee re: payment procedures under preliminary injunction (.1); email Burgess re: same. | JMD | 0.20 | $ 65.00 |
| 10/10/2013 | Suit | Court appearance, announce case status, offer for admission Trustee Exhibits 1 – 24, and submit agreed temporary injunction for entry; TI entered. | JMD | 1.2 | $ 390.00 |
| 10/10/2013 | Suit | Review and revise proposed state court judgment in Post Oak Bank v. Burgess entities as to effect on Trustee (.4); emails with L. Norman re: same. (.2) | JMD | 0.60 | $ 195.00 |
| 10/11/2013 | Suit | Email Z. Powell with copies of Trustee Exhibits and TI; brief telephone conference with Powell. | JMD | .2 | $ 65.00 |
| 10/11/2013 | Suit | Email from Beyond IT and reply with another copy of draft application to employ with instructions to review, revise and return for filing. | JMD | .2 | $ 65.00 |
| 10/11/2013 | Suit | Revise proposed state court judgment as to no prejudice to Trustee in Chapter 7 case; forward to L. Norman. | JMD | .1 | $ 32.50 |
| 10/11/2013 | Sale | Review and revise draft purchase agreement provided by Z. Powell (2.0); email to L. Norman and Trustee for comment before circulating revised draft. | JMD | 2.0 | $ 650.00 |
| 10/14/2013 | Suit | Review of Beyond IT expert report as to inspection of Burgess computer system, hard drives, thumb drives, and as to documents produced by Burgess at 9/20 hearing. | JMD | .4 | $ 130.00 |
| 10/14/2013 | Suit | Telephone conference and emails with L. Norman (.2) and email with Trustee re: state court suit judgment (.1). | JMD | 0.30 | $ 97.50 |
| 10/14/2013 | Obj | Review notes from hearing on Trustee objections to exemptions (.1); draft order re: exemptions (.3); email to R. Buestring (N/C). | JMD | 0.40 | $ 130.00 |
| 10/15/2013 | Sale | Receipt and review of L. Norman and Trustee comments to purchase agreement. | JMD | .8 | $ 97.50 |
| 10/16/2013 | Sale | Review claims register and prepare spreadsheet analysis of claims (.4); prepare analysis of prospective purchase and allocation of proceeds. (.3) Email Trustee - N/C. | JMD | .7 | $ 227.50 |
| 10/16/2013 | Sale | Review and revise Parker and Lawrence purchase agreement to incorporate payment to Trustee and other terms and conditions relative to bankruptcy proceeding. Email redlined draft to Z. Powell and L. Norman for Post Oak Bank.--N/C. | JMD | 3.00 | $ 975.00 |
| 10/16/2013 | Adm | Receipt of order and memorandum decision denying application to employ counsel. | JMD | 0.20 | $ 65.00 |

*In re Burgess*
Case No. 13-32312
Page 8

| Date | Category | Description | Atty | Hours | Amount |
|---|---|---|---|---|---|
| 10/17/2013 | Obj | Receipt of Beustring rejection of proposed order re: exemptions; request for suggestion of draft without response. | JMD | 0.10 | $ 32.50 |
| 10/18/2013 | Sale | Extended telephone conference with Zach Powell re: Parker/Lawrence purchase offer terms, Post Oak financing, waiver of claims. New terms to be submitted. (1.0). Email report to Trustee. (.2) | JMD | 1.20 | $ 390.00 |
| 10/21/2013 | Adm | Telephone conference and emails with Trustee re: case status and application to employ; consideration of amended application to employ based upon grounds cited in Order. | JMD | .3 | $ 97.50 |
| 10/21/2013 | Sale | Receipt of Trustee comments to report of sale terms as discussed with Z. Powell. | JMD | .1 | $ 32.50 |
| 10/21/2013 | Suit | Email from Julie Warren re: Burgess funds on hand. | JMD | .1 | $ 32.50 |
| 10/22/2013 | Sale | Update claims spreadsheet and analysis of Parker/Lawrence offer. (.5). Telephone conference with Z. Powell re: same. (.4). Email spreadsheet to Powell and L. Norman. (.1). | JMD | 1.00 | $ 325.00 |
| 10/23/2013 | Adm | Analysis of Court memorandum decision re: employment of counsel (.3); legal research and analysis of Bechuck and Jackson cases, additional case law. (1.0). Preliminary analysis of Bechuck relevant to Davis' practice. (.7). | JMD | 2.00 | $ 650.00 |
| 10/25/2013 | Sale | Telephone call with L. Norman re: negotiations with Powell.(.3). Email Trustee report. (.2). | JMD | 0.50 | $ 162.50 |
| 10/25/2013 | Sale | Review claims register for claims (.3); update claims and purchase analysis (.3). Email Trustee, L. Norman and Z. Powell. | JMD | 0.60 | $ 195.00 |
| 10/25/2013 | Adm | Obtain listing of state court lawsuits, listing and analysis of bankruptcy cases. (1/2 time). | JMD | 1.3 | $ 422.50 |
| 10/28/2013 | Adm | Revise application to employ counsel for trustee (1/2 time). | JMD | 2.50 | $ 812.50 |
| 10/28/2013 | Suit | Prepare and circulate motion to extend time to object to discharge (1.). Emails with Buestring and H. Gandhi re: Debtor's consent.(.2). Telephone conference with L. Norman that Post Oak Bank will file complaint unless time extended; telephone conference with Trustee re: issue. (.2) | JMD | 1.40 | $ 455.00 |
| 10/29/2013 | Sale | Review claims docket and update claims spreadsheet. | JMD | .3 | $ 97.50 |
| 10/29/2013 | Adm | Telephone conference with Trustee and revise amended application to employ counsel. | JMD | 0.70 | $ 227.50 |
| 10/29/2013 | Suit | Final revision of motion to extend time to object to discharge. Email case manager re: motion. Receipt of order as entered. | JMD | 0.50 | $ 162.50 |

*In re Burgess*
Case No. 13-32312
Page 9

| Date | Type | Description | Atty | Hours | Amount |
|---|---|---|---|---|---|
| 10/30/2013 | Adm | Photocopy: 656 copies = $91.02 postage $37.44 | | | |
| 11/01/2013 | Sale | Telephone conference with Zach Powell re: backup plan for sale of property of estate. (.6). Email Trustee. (.2) | JMD | 0.80 | $ 260.00 |
| 11/04/2013 | Sale | Numerous telephone conferences to negotiate terms of sale with counsel for Parker and Lawrence, Post Oak Bank (2.0) and with Burgess counsel. (.5). | JMD | 2.50 | $ 812.50 |
| 11/05/2013 | Sale | Telephone conferences with L. Norman for Post Oak Bank and Z. Powell for Parker and Lawrence to negotiate terms of sale of property of estate. Update spreadsheet analysis under R. 408, and forward to counsel. | JMD | 4.00 | $1,300.00 |
| 11/05/2013 | Adm | File amended application to employ attorney for trustee. | JMD | .2 | $ NC |
| 11/05/2013 | Adm | Photocopy / mailout expenses re: amended application to employ. | | | |
| 11/05/2013 | Suit | Emails from Beyond IT re: invoice for services (.1). Forward email with draft application to employ with request to complete (.1); receipt of response (.1). Revise application to employ Beyond IT from updated information and as to nunc pro tunc filing (1.0). Email to Beyond IT for signature of 2016 statement and return. (N/C) | JMD | 1.30 | $ 422.50 |
| 11/05/2013 | Suit | Review adversary docket sheet and prepare status report. | JMD | 0.50 | $ 162.50 |
| 11/06/2013 | Suit | Telephone conference with H. Gandhi re: status conference; Defendants' answers. (.3). Forward draft status report (.1). Receipt of Defendants' answers. (.1). File and service of status report (.2). Prepare conformed copy of complaint. (.4). | JMD | 1.1 | $ 357.50 |
| 11/06/2013 | Suit | Prepare exhibits and file application to employ Beyond IT as data recovery professionals and forensic computer experts. | JMD | .3 | $ 97.50 |
| 11/06/2013 | Adm | Photocopy / postage | | | |
| 11/07/2013 | Suit | Court appearance at status conference in Adv. No. 13-3264. | JMD | 1. | $ 325.00 |
| 11/07/2013 | Suit | Parking $6.00 | | | |
| 11/08/2013 | Sale | Initial draft of motion to approve compromise with Burgess and with Post Oak Bank, and sale of property of estate. (1/2 time charged this task) | JMD | 2.50 | $ 812.50 |
| 11/08/2013 | Suit | Initial draft of motion to approve compromise with Burgess and with Post Oak Bank, and sale of property of estate. (1/2 time charged this task) | JMD | 2.50 | $ 812.50 |
| 11/08 | Sale | Lengthy telephone conference with Himesh Gandhi re: competing offers | JMD | 1.00 | $ 325.00 |

*In re Burgess*
Case No. 13-32312
Page 10

| Date | Category | Description | Atty | Hours | Amount |
|---|---|---|---|---|---|
| /2013 | | from Burgess and from Parker and Lawrence; effect of long-term payout on a trustee's consideration, true value of offers that include waiver of claims; claims and offers spreadsheet analysis; effect upon Burgess of sale of property of estate; unasserted causes of action. | | | |
| 11/11/2013 | Suit | Complete draft of motion to compromise with Burgess and with Post Oak Bank and of sale of property. (4.8). Review purchase agreement and revise to dovetail to motion. (1.0). Telephone conference with Trustee and with Z. Powell re: agreement. (.2). Revise provision as to accounts receivable and telephone conference with Z. Powell re: same (.4) (total time billed at 1/2 rate to each task). | JMD | 3.20 | $1,040.00 |
| 11/11/2013 | Sale | Complete draft of motion to compromise with Burgess and with Post Oak Bank and of sale of property. (4.8). Review purchase agreement and revise to dovetail to motion. (1.0). Telephone conference with Trustee and with Z. Powell re: agreement. (.2). Revise provision as to accounts receivable and telephone conference with Z. Powell re: same (.4) (total time billed at 1/2 rate to each task). | JMD | 3.20 | $1,040.00 |
| 11/13/2013 | Suit | Prepare R. 16a disclosures in Adv. No. 13-3264; email draft for review and comment. | JMD | 1.0 | $ 325.00 |
| 11/15/2013 | Suit | Revise and serve R. 26a disclosures upon H. Gandhi, counsel for Burgess et al, including Beyond IT report. | JMD | .4 | $ 130.00 |
| 11/21/2013 | Sale | Continue negotiations with Debtors and prospective purchasers (2.0). Revise purchase agreement as to closing issues and documents; consideration of purchasers' issues; email revised drafts for further discussion (1.5); telephone conferences with Trustee re: issues (.3). | JMD | 3.8 | $1,235.00 |
| 11/21/2013 | Prop | Telephone conferences with Austin-area realtor re: Somerville property; telephone call to Bryan-area realtor. | JMD | 0.30 | $ 97.50 |
| 11/22/2013 | Sale | Continue negotiations with Debtors and prospective purchasers (2.0); revise purchase agreement as discussed (1.0); revise motion to approve to comport with purchase agreement (1.0). | JMD | 4.0 | $1,300.00 |
| 11/22/2013 | Suit | Prepare unopposed motion to extend time to object to discharge or dischargeability (1.). Email to Trustee and Debtor's counsel (.1). | JMD | 1.10 | $ 357.50 |
| 11/22/2013 | Prop | Telephone conference with Laura Patterson, Bryan-area realtor, re: Somerville Texas property. | JMD | 0.20 | $ 65.00 |
| 11/25/2013 | Suit | Telephone conferences with H. Gandhi and D. Martin re: date of extension for motion to extend time (.2). Prepare motion and order to extend time for filing (.3). Brief telephone conference with D. Martin re: motion and suggested revision. (.1) | JMD | .6 | $ 195.00 |
| 11/25/2013 | Sale | Telephone conference with Zach Powell re: revisions to purchase agreement as to recent disclosures by Burgess (.3) and receipt and review of revisions (.1). Brief telephone conference with D. Martin (.1) and with H. Gandhi re: same (.2). Prepare pdf copy of Powell's revisions and send to parties. (.2) | JMD | .9 | $ 292.50 |
| 11/25 | Sale | Review of motion to approve compromise and sale based upon expected | JMD | 1.20 | $ 390.00 |

*In re Burgess*
Case No. 13-32312
Page 11

| Date | | Description | | Hours | Amount |
|---|---|---|---|---|---|
| /2013 | | version of purchase agreement (.3); revise motion and update to purchase agreement (.4). Prepare pdf copies of motion, service list and order (.5). | | | |
| 11/25/2013 | Sale | Final review of purchase agreement and motion with D. Martin and Z. Powell preliminary to filing. (.3) | JMD | 0.30 | $ 97.50 |
| 11/27/2013 | Sale | Negotiations with Z. Powell and D. Martin re: final terms (.5); receipt and review of schedule A (.2); prepare file copies of motion to extend time (.3); prepare file copies of motion to compromise and sell (.4). Telephone conference with L. Norman re: service of motions (.2). Email to counsel for affirmative acknowledgement of agreement (.2). File motions re: extension of time and to compromise and sell property of estate (.5). | JMD | 2.30 | $ 747.50 |
| 11/27/2013 | Sale | Email with Case Manager re: expedited hearing and re: motion to extend time. | JMD | 0.10 | $ 32.50 |
| 11/27/2013 | Sale | Receipt of notice of hearing on motion to compromise and to sell property of estate (.1). Prepare notice of hearing (.4) and certificate of service of notice (.4). File and service of notice (.5). | JMD | 1.40 | $ 455.00 |
| 11/27/2013 | Sale | Postage: 37.72   photocopies 82 * .2 = 16.40. | | | |
| 11/27/2013 | Sale | Email from Trustee and email copies of Trustee motion and notices re: compromise and sale of property of estate to Erin Jones, re: Charles Roe. | JMD | .1 | $ 32.50 |
| 11/28/2013 | Sale | Email notice of hearing to Erin Jones. | JMD | .1 | NC |
| 12/4/2013 | Sale | Extended telephone calls with Erin Jones, re: Charles Roe contentions as to book of business, effect of deemed rejection of Roe contract (1.0); provide copy of client list under R. 408 (.1) and R. 11 agreement as to time to file Roe objection and deliver exhibits (.1). Review of case law cited by Jones and consideration of counter-argument (.8). Telephone conferences with Z. Powell re: issues. (.5). | JMD | 2.5 | 812.50 |
| 12/04/2013 | Sale | Prepare for hearing on Trustee motion to compromise and to sell property of estate, including proffer of evidence (2.0) and preparation of exhibits (.5). | JMD | 2.5 | $ 812.50 |
| 12/04/2013 | Sale | Prepare 6 exhibit books | Para | 2 | $ 150.00 |
| 12/04/2013 | Sale | Photocopy 170.02; binders and tabs $70.62 | | | |
| 12/05/2013 | Sale | Court appearance re: Trustee motion to compromise and sale; hearing continued to allow for research re: Roe issue and possible resolution of dispute. | JMD | 1.0 | $ 325.00 |
| 12/05/2013 | Sale | Prepare and file notices of reset hearing (.4); prepare and file supplemental certificate of service of Trustee motion to compromise and sell property of the estate. Email copies to Erin Jones (.1). | JMD | .5 | $ 162.50 |

*In re Burgess*
Case No. 13-32312
Page 12

| Date | | Description | | | |
|---|---|---|---|---|---|
| 12/05/2013 | Sale | Westlaw research re: effect of 365(d) where Debtor fails to disclose executory contract in schedules. | JMD | 1.0 | $ 325.00 |
| 12/06/2013 | Prop | Receipt and review of comparative market analysis of Somerville property prepared by Laura Patterson. | JMD | .2 | $ 65.00 |
| 12/09/2013 | Sale | Westlaw research re: effect of 365 upon undisclosed executory contract that includes noncompete provision; re: whether noncompete provision constitutes an executory contract. | JMD | 2.5 | $ 812.50 |
| 12/09/2013 | Sale | Prepare trial brief as to effect of 365 upon undisclosed employment contract that includes a noncompete provision. | JMD | 3 | 975.00 |
| 12/09/2013 | Sale | Telephone conference and emails with David Martin re: Burgess employment agreements; none other than as produced. | JMD | .2 | $ 65.00 |
| 12/10/2013 | Sale | Conference at Erin Jones' office re: Charles Roe objections to sale and related issues, alternative resolution of issues; to be continued. | JMD | 2.5 | $ 812.50 |
| 12/11/2013 | Sale | Continue negotiations with Z. Powell, E. Jones, and D. Martin, of compromise and sale issues. | JMD | 2.0 | $ 650.00 |
| 12/11/2013 | Sale | Research Secretary of State records re: Roe purchase money loan from Post Oak Bank. | JMD | .5 | $ 162.50 |
| 12/11/2013 | Sale | Telephone conference with Himesh Gandhi re: change to terms of agreement; reduce consideration paid to Burgess. | JMD | .2 | $ 65.00 |
| 12/11/2013 | Sale | Email copies of Roe - Post Oak UCC-1 to H. Gandhi. | JMD | .1 | $ 32.50 |
| 12/11/2013 | Sale | Conference call with David Martin as to Burgess consent to changes in transaction. | JMD | .3 | $ 97.50 |
| 12/11/2013 | Sale | Telephone conference with Z. Powell and D. Martin re: required financial disclosures; review of Burgess receipts for 2012 and 2013; forward to Z. Powell and telephone conference re: same. | JMD | .4 | $ 130.00 |
| 12/11/2013 | Sale | Receipt and review of Burgess WIP provided to Z. Powell. | JMD | .2 | $ 65.00 |
| 12/11/2013 | Sale | Emails with Erin Jones re: her court schedule, filing if necessary of Roe pleadings, exchange of exhibits. | JMD | .3 | $ 97.50 |
| 12/11/2013 | Sale | Telephone conference with Lisa Norman re: Post Oak Bank and resolution of disputes; likely to approve; set up conference call with all counsel for next day to conclude matter. Email all with call-in information. | JMD | .2 | $ 65.00 |
| 12/12/2013 | Sale | Revise Purchase Agreement to reflect current discussions and email to counsel for review and for discussion (.4). Telephone conference with Trustee, Zach Powell, counsel for Parker and Lawrence, Charles Munane, counsel for Charles Roe, Charles Roe, David Martin, counsel for Burgess, | JMD | 2.4 | $ 780.00 |

*In re Burgess*
Case No. 13-32312
Page 13

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | and Lisa Norman, counsel for Post Oak Bank, re: contested issues including Post Oak Bank loan to Roe, security interest in book of business sold to Burgess, alternative relief and resolution of compromise and sale. (.5). Continuing telephone conferences with Trustee, Z. Powell, Lisa Norman and Charles Roe; resolution of issues. (.8). Prepare revised exhibit 2 (.5). Service of Trustee's exhibits to Erin Jones and Charles Murnane, counsel for Roe, pursuant to agreement; agreement that Roe's exhibits will be provided prior to hearing. (.2). |  |  |  |
| 12/12/2013 | Sale | Delivery: Tr exhibits to Erin Jones $22.50 |  |  |  |
| 12/12/2013 | Sale | Photocopy Exhibit 2 (352 copies@$.20) $70.40. |  |  |  |
| 12/13/2013 | Sale | Prepare for hearing on Trustee motion to compromise and to sell property of the estate (.6). Numerous emails and telephone conferences with and among counsel for parties in interest to resolve last issues (1.5). | JMD | 2.1 | $ 682.50 |
| 12/13/2013 | Sale | Attendance at hearing on Trustee motion to compromise and to sell property of the estate, Trustee exhibits offered and admitted, testimony proffered; order entered. | JMD | 1 | $ 325.00 |
| 12/13/2013 | Sale | Expense parking $12.00 |  |  |  |
| 12/13/2013 | Prop | Forward comparative market analysis for Somerville property to Trustee and discussion of same. | JMD | .3 | $ 97.50 |
| 12/13/2013 | Sale | Post-hearing conference with Himesh Gandhi for Burgess signature on Purchase Agreement; closing status. | JMD | .5 | $ 162.50 |
| 12/14/2013 | Sale | Prepare and file amended Witness and Exhibit List to conform to exhibits admitted at hearing. | JMD | .3 | $ 97.50 |
| 12/16/2013 | Sale | Emails and reply re: Burgess payroll request. | JMD | .2 | $ 65.00 |
| 12/16/2013 | Prop | Due diligence correspondence to Adelia Duensing, holder of first lien interest in Somerville property. | JMD | .4 | $ 130.00 |
| 12/17/2013 | Sale | Review and revise closing documents as drafted by Z. Powell (1.0); prepare Trustee release for Burgess' signature at closing (.8); receipt of Order approving compromises and sale. (.1). | JMD | 1.9 | $ 617.50 |
| 12/18/2013 | Sale | Correspondence to counsel enclosing signed purchase agreement. | JMD | .1 | $ 32.50 |
| 12/19/2013 | Sale | Numerous emails re: closing and forward documents for closing to counsel. | JMD | .2 | $ 65.00 |
| 12/20/2013 | Sale | Receipt of L. Norman correspondence forwarding $270,000 proceeds from Post Oak Bank financing to Trustee. | JMD | .1 | $ 32.50 |

*In re Burgess*
Case No. 13-32312
Page 14

| Date | Category | Description | Atty | Hours | Amount |
|---|---|---|---|---|---|
| 12/30/2013 | Sale | Emails re: Burgess last budget request with J. Martin at Trustee's office and other parties in interest; recommend not pay personal cell phone or gym membership. | JMD | .4 | $ 130.00 |
| 12/30/2013 | Adm | Prepare exhibits, transcripts, pleadings and other documents for conference with US Trustee re: case issues (1.0) and conference with Nancy Holley (1.5). | JMD | 2.5 | $ 812.50 |
| 12/31/2013 | Sale | Telephone conference with Paul Price and various emails re: Beyond IT return of computer hard drive removed for copying purposes. | JMD | .3 | $ 97.50 |
| 12/31/2013 | Sale | Email Trustee to sign and return purchase agreement. | JMD | .1 | $ 32.50 |
| 01/07/2014 | Suit | Email re: Trustee release and motion/order to close adversary 13-3264. | JMD | .2 | $ 65.00 |
| 01/07/2014 | Fee | Review of time and expense records to prepare fee application. | JMD | 2. | $ 650.00 |
| 01/07/2014 | Prop | Telephone call with Adelia Duensing re: Somerville property; referred to her daughter; information to be provided. | JMD | .2 | $ 65.00 |
| 01/08/2014 | Prop | Telephone call with Christy Duensing re: Somerville property. | JMD | .3 | $ 97.50 |
| 01/08/2014 | Fee | Work on fee application. | JMD | 4. | $ 1,300.00 |
| 01/08/2014 | Fee | Draft fee application for Beyond IT | JMD | 2 | $ 650.00 |
| 01/08/2014 | Suit | Prepare and file motion and order to dismiss Adv. No. 13-3264 | JMD | 1 | $ 325.00 |
| 01/10/2014 | Fee | Estimated expenses for fee applications: photocopies $25.00 | | | |
| 1/15/2014 | Sale | Email and telephone conference with Z. Powell re: payment of balance of First Payment under compromise and sale order, Bookkeeping and Tax Group to remit $30,000.00 to Trustee. | JMD | .1 | $ 32.50 |
| 1/16/2014 | Prop | Receipt and review of Duensing 1/13/2014 correspondence in response to inquiry re: Burgess note, deed of trust and payment history re: Somerville Property. | JMD | .2 | $ 65.00 |
| 1/27/2014 | Sale | Telephone conference and email with Z. Powell re: delivery of $30,000.00 to Trustee pursuant to compromise and sale order; telephone conference with Trustee re: same. | JMD | .2 | $ 65.00 |
| 1/27/2014 | Suit | File motion and order to dismiss Adv. 13-3264; service and copy to L. Norman. | JMD | .2 | NC |
| 1/28/2014 | Sale | Confirmation receipt of $30,000.00 payment from Bookkeeping and Tax Group, LLC. | JMD | .2 | NC |
| 1/28/2014 | Prop | Review of Duensing correspondence re: Somerville Property (.1); prepare amortization schedule for note (.2); prepare payment history based on Duensing information and payment history (.1); prepare analysis of Somerville Property for Trustee (1.4). Email to Trustee. | JMD | 1.8 | $ 585.00 |

| Date | Type | Description |
|---|---|---|
| 1/29/2014 | Fee | Photocopy: Fee Apps/Notc $40.95 (at cost); postage $41.40 |
| 1/30/2014 | Fee | Photocopy: Notc Hrg Fee Apps (esti. $10.00); postage (esti. $41.40) |
| | | Pacer $72.90 |

Fees by Tasks:

| | |
|---|---|
| Administration | $ 4,050.00 |
| Fee Application | 2,600.00 |
| Objection to Exemption | 260.00 |
| Property of the Estate | 1,365.00 |
| Sale of Property of Estate | 22,510.00 |
| Adv. No. 13-3264 | 25,582.50 |
| Total Fees | $56,367.50 |
| Total Expenses | 3,617.43 |
| Total Amount Due | $59,984.93 |

Fees by provider:

| | Rate | Hours | Amount | Average |
|---|---|---|---|---|
| JMD | $325.00 | 172.1 hours | $55,542.50 | average: $322.73 |
| Para. | 75.00 | 11.0 hours | 825.00 | average: 75.00 |
| Total | | 183.1 hours | $56,367.50 | $307.85 |

Expense detail on next page:

| Date | Related to | Amount | |
|---|---|---|---|
| **Photocopy** | | | |
| 9/5/2013 | App Emp | $ | 19.00 |
| 9/15/2013 | Exh Book | $ | 49.40 |
| 9/16/2013 | Exh Book | $ | 49.40 |
| 9/17/2013 | Exh Books - Crt/Wit/Attys | $ | 301.20 |
| 9/23/2013 | Complaint | $ | 77.50 |
| 10/30/2013 | Amd App Emp/Mo Ext Time | $ | 91.02 |
| 11/27/2013 | Mo Ext Time | $ | 20.00 |
| 11/27/2013 | Mo Comp/Sale | $ | 16.40 |
| 12/4/2013 | Exhibits | $ | 170.02 |
| 12/12/2013 | r/r Exhibit 2 | $ | 70.40 |
| 1/29/2014 | Fee Apps | $ | 40.95 |
| 1/30/2014 | Notc Hrg Fee Apps (esti.) | $ | 10.00 |
| | Total | $ | 915.29 |
| **Supplies** | | | |
| 9/15/2013 | Exh binders/index | $ | 48.53 |
| 9/17/2013 | Exh binders/index | $ | 105.39 |
| 10/8/2013 | Exh binders/index | $ | 70.31 |
| 12/4/2013 | Exh binders/index | $ | 70.62 |
| | Total | $ | 294.85 |
| **Transcripts** | | | |
| 9/13/2013 | 2004 Examination | $ | 820.13 |
| 9/20/2013 | CD (9/18 and 9/20 hearing) | $ | 30.00 |
| 9/29/2013 | JTT (9/18 and 9/20 hearing) | $ | 882.70 |
| | | $ | 1,732.83 |
| **Parking** | | | |
| 9/18/2013 | Status Conf / Hearing | $ | 12.00 |
| 9/20/2013 | Hearing | $ | 12.00 |
| 9/24/2013 | Entry injunction | $ | 6.00 |
| 11/7/2013 | Adv. No. 13-3264 | $ | 6.00 |
| 12/13/2013 | Mo Comp / Sale | $ | 12.00 |
| | | $ | 48.00 |
| **Postage** | | | |
| 9/5/2013 | App Emp | $ | 37.44 |
| 9/23/2013 | Complaint | $ | 10.60 |
| 10/30/2013 | Mo Ext Time | $ | 37.44 |
| 11/27/2013 | Mos Comp Sale / Ext Time | $ | 37.72 |
| 1/29/2014 | Notc Fee Apps | $ | 41.40 |
| 1/30/2014 | Notc Hrg Fee Apps (esti.) | $ | 41.40 |
| | Total | $ | 206.00 |

**Delivery**
| | | | |
|---|---|---|---|
| 12/12/2013 | Exhibit Book (E. Jones) | $ | 22.50 |

**Filing Fee**
| | | | |
|---|---|---|---|
| 9/18/2013 | Adv. No. 13-3264 | $ | 293.00 |

**Secty State**
| | | | |
|---|---|---|---|
| 9/5/2013 | | $ | 25.90 |
| 9/12/2013 | | $ | 1.03 |
| 9/15/2013 | | $ | 5.13 |
| | Total | $ | 32.06 |

**Pacer**                                         $      72.90

                      Total                       $   3,617.43